SHECOREY YOUNG

VERSUS

DONALD A. ROWAN, JR.

NO. 25-K-416

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

September 15, 2025

Susan Buchholz
Chief Deputy Clerk

**IN RE** SHECOREY YOUNG

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 16-5624

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

## MANDAMUS DENIED AS MOOT

Relator, Shecorey Young, filed a Petition for Mandamus in this Court seeking an Order to the district court to review his Motion to Sever, which the district court appears to have received and filed into the record on July 24, 2025. The record further indicates that on July 25, 2025, Judge Rowan signed an Order to sever defendant's case from his co-defendants. It is not evident from the record, however, that the 24th Judicial District Court Clerk recorded this action or that defendant received notice of the court's ruling on his Motion to Sever.

Because the district court has ruled upon relator's motion to sever by signing the Order attached thereto and has granted the relief he requested, we deny relator's petition for mandamus as moot.

We further direct our Clerk's Office to include a copy of the district court's Order with this disposition.

Gretna, Louisiana, this 15th day of September, 2025.

**SMC**
**FHW**
**JGG**

25-K-416

24th Judicial District Court
Parish of Jefferson
State of Louisiana

Case No: 16-5624                    Division: "L"

State of Louisiana
Versus
Shecorey Young

Filed                               Deputy Clerk

# Order

In consideration of the foregoing motion filed by Defendant, Shecorey Young, Pro Se, it is hereby ordered that this motion be granted and the record be supplemented with the same; i.e., Defendant be severed from his co-defendants.

Gretna, LA, this 25 day of July, 2025.

_____
JUDGE

SIGNED: HON. DONALD A. ROWAN, JR. - DIVISION: L - 07/25/2025 20:21:47 - CASE:16-05624 - ID:65991/307261

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/15/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-416**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Shecorey Young #1000346903 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054